United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 22, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30150
Summary Calendar

REGINA D WOODLAND,

Plaintiff-Appellant,

versus

NALCO CHEMICAL COMPANY

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
No. 01-3337
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges

PER CURIAM:[*]

Regina Woodland appeals the district court ruling granting summary judgment for defendant Nalco Chemical Company ("Nalco"). Woodland brought an action against Nalco for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 ("FMLA"), and the Americans with Disabilities Act of 1964, 42 U.S.C. § 12101 ("ADA") for failure to accommodate and retaliatory termination. The district court's granted summary judgment for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Nalco on the issues of liability under Title VII and the ADA and found that Woodland had abandoned the rest of her claims against Nalco. We AFFIRM the district court opinion for essentially the reasons as stated in its memorandum opinion and order.